Judge: Timothy W. Dore
Chapter: 7
Hearing Location: Telephonic
Hearing Date: May 14, 2021
Hearing Time: 9:30 a.m.
Response Date: May 7, 2021

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

VADIM SCHERBININ and
VALENTINA SCHERBININ

Debtors

Case No: 20-13012-TWD

REPLY DECLARATION OF VADIM SCHERBININ

VADIM SCHERBININ hereby states under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I am one of the debtors herein and make this declaration of my own knowledge in reply to the response pf the Chapter 7 Trustee and Brice Poplawski to our motion to compel abandonment.

Regarding the Agent's declaration submitted by the Trustee in his response:

**Page 2 Line 3-4** All the homes on the mountains around the lake all have a view.

**Page 2 Line 6** Our home is not 5,000 sq. ft. but 4,513 sq. ft. according to the city approved plans and final inspection for the occupancy permit.

Declaration - 1

JAMES E. DICKMEYER, PC
520 Kirkland Way Suite 400
PO Box 2623
Kirkland, Washington 98083-2623
(425) 889-2324

Case 20-13012-TWD    Doc 55    Filed 05/11/21    Ent. 05/11/21 17:08:55    Pg. 1 of 6

**Page 2 Line 10-14** The comparable property on 227 Crystal Drive was sold for the highest price value ever in our neighborhood on 4/30/21 not 3/3/21 which was stated incorrectly. This house value sold was $306 per sq. ft.

Valuing our house at $1,700,000 results in a square footage price of $376.69, which is more than $70 per square foot higher than the most expensive home ever sold in our neighborhood.

**Page 2 Line 15** The Property on 115th Crystal Drive which has 2969 sq. ft. is a waterfront property with an 80 ft. private waterfront dock, boat lift, and buoy and has been on the market 5 times (see attachment #4 for sales history) you cannot compare waterfront properties with properties that just have a view.

**Page 2 Line 20** On the base of the highest price in our neighborhood's history of $306/sq.ft., if you multiply that price by our living space sq. ft. of 4,513 then we would have a maximum value of $1,380,978. Factor in the estimated repair costs of $131,250 and the actual fair market value is at most ***$1,249,728.***

When we did a walkthrough with Jason Ferrando, my wife and I presented a builders price of $131,250 worth of repairs which are required to pass any home inspection. See attached. Jason agreed to the amount needed for the repair and took pictures. Our home is not a waterfront and does not include an access to the private marina or water rights. Other homes in Chelan for valuation will include homes sold with marina access and water rights and value of the boat slips. See attached list of homes we prepared. With the possible maximum value of our home being $1,380,978 and the required repairs minimally being $131,250 the highest possible value of the home would be $1,249,728.

Declaration - 2

JAMES E. DICKMEYER, PC
520 Kirkland Way  Suite 400
PO Box 2623
Kirkland, Washington 98083-2623
(425) 889-2324

Case 20-13012-TWD    Doc 55    Filed 05/11/21    Ent. 05/11/21 17:08:55    Pg. 2 of 6

Objection regarding the Trustee Objection to Abandonment:

**Page 1 Line 18** Our property on 106 Crystal Drive, Chelan had a bank appraisal in March 2020 for the sum of $1,100,000. The market in Chelan has gone up around 13% since this past year. If you add 13% to the last year's appraisal it will bring the home value to a maximum price of $1,243,000. The trustee's valuation of $1.6 million represents an increase of 45%. That is unheard of for this area.

Regarding the Poplawski objection, Mary and Tim Flood are our neighbors, who we had a conflict with when we build our house in 2016 on the empty lot and partially blocked their waterview, with two others neighbors – they and their friends gave us a hard time during our construction, calling the City of Chelan, police, HOA, requested we do height surveying two times during construction and more. I believe they are biased.

| 5-11-21 Chelan WA | */s/ Vadim Scherbinin* |
|---|---|
| Date and Place Signed | Vadim Scherbinin |

Declaration - 3

**JAMES E. DICKMEYER, PC**
520 Kirkland Way Suite 400
PO Box 2623
Kirkland, Washington 98083-2623
(425) 889-2324

Case 20-13012-TWD    Doc 55    Filed 05/11/21    Ent. 05/11/21 17:08:55    Pg. 3 of 6

| No | Description | Price |
|---|---|---|
| 1 | Drainage System re-installation | $ 15,000.00 |
| 2 | Rockery re-installation | $ 10,000.00 |
| 3 | Cutting Stamp Concrete (Pool Area) | $ 2,800.00 |
| 4 | Re-installation Stamp Concrete (Pool Area) | $ 5,000.00 |
| 5 | Removing and Replacing Concrete Patio | $ 30,000.00 |
| 6 | Pool Cover replacing | $ 11,000.00 |
| 7 | Gazebo repair and Stain (Pool Area) | $ 2,200.00 |
| 8 | Electrical work in Pool Area | $ 2,500.00 |
| 9 | Sprincler System Repair | $ 1,500.00 |
| 10 | Enterior Doors refinishing | $ 3,500.00 |
| 11 | Windows replacement | $ 18,000.00 |
| 12 | Finish work and Stain | $ 12,000.00 |
| 13 | Fireplace in Master replacement parts | $ 2,700.00 |
| 14 | Tile work (Master Toilet) | $ 400.00 |
| 15 | Upper Deck repair | $ 7,500.00 |
| 16 | Replacement Tub in Master | $ 2,500.00 |
| 17 | Viking refregerator repair (Kitchen) | $ 3,200.00 |
| 18 | Undercounter refregerator (Game Room) | $ 700.00 |
| 19 | Door Bell re-installation | $ 400.00 |
| 20 | Replacement Lock (Basement) | $ 350.00 |
| **21** | ***Total Repair Cost:*** | **$ 131,250.00** |

| Address | Date | sf | Price | Per/sf | Marina | Nett Price | Nett Per sf |
|---|---|---|---|---|---|---|---|
| 129 Apple Ave | 6/28/18 | 2,700 | $ 744,900.00 | $ 276.00 | 50,000 | $ 694,900.00 | $ 257.00 |
| 103 Crystal Dr | 10/11/18 | 4,905 | $ 675,000.00 | $ 138.00 | | | $ 138.00 |
| 228 Crystal Dr | 11/15/18 | 4,132 | $ 800,000.00 | $ 194.00 | | | $ 194.00 |
| 100 mira Vista Dr | 6/13/19 | 2,993 | $ 935,000.00 | $ 312.00 | 75,000 | $ 860,000.00 | $ 287.00 |
| 101 Westview Dr | 11/26/19 | 2,973 | $ 910,000.00 | $ 306.00 | 50,000 | $ 860,000.00 | $ 289.00 |
| 105 Westview Dr | 7/21/20 | 3,500 | $ 1,075,000.00 | $ 307.00 | 50,000 | $ 1,025,000.00 | $ 293.00 |
| 227 Crystal Dr | 4/30/21 | 5,656 | $ 1,725,000.00 | $ 306.00 | | | $ 306.00 |

Buy     Rent     Sell     Home Loans     Agent finder     

Washington - Chelan - Tim & Mary Flood



# Tim & Mary Flood

★★★★★ 5.0 • 2 Reviews

No sales reported in the last 12 months

## About us

**Real Estate Agents (43 years experience)**

**Specialties: Buyer's agent,  Listing agent**

With over 60+ combined years as a Realtors in the Lake Chelan real estate marketplace with strong emphasis on recreational resort sales. Resort condominium projects such as Lake Chelan Shores, Peterson's Waterfront, Pleasant Beach, Wapato Point and Spader Bay make up a major portion of that segment of the market and matching Buyers needs to the right property is one of our specialties. A thorough background in the operation and rules of each of t...